UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTURO ESTEVEZ, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

               Plaintiff,

- against -

CAMILLE ROSE LLC,

               Defendant.

21-cv-8964 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the defendant to respond to the complaint is extended to January 27, 2022. The conference scheduled for January 19, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
          January 13, 2022

                                       John G. Koeltl
                                 United States District Judge